# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN LEE CLUTTER, and<br>CHRISTINE CLUTTER, his wife,<br><br>Plaintiffs,<br><br>vs.<br><br>LOUISVILLE LADDER, INC.,<br>a corporation, and successor<br>in interest to DAVIDSON<br>LADDER,<br>Defendant. | CIVIL ACTION #2:18-cv-770 |

## ORDER OF COURT RE: MOTION TO REMAND

AND NOW, this ____9th____ day of ____October____, 2019, upon consideration of Plaintiff's Motion to Remand the within civil action, and the stipulation of the Plaintiffs appended thereto, it is hereby ORDERED that the Motion is granted, and this civil action is hereby REMANDED to the Court of Common Pleas of Allegheny County, Pennsylvania, for further proceedings

BY THE COURT:

_Marilyn J. Horan_
Horan, J.